```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   WESTERN DISTRICT OF TEXAS

 3                       EL PASO DIVISION

 4

 5   UNITED STATES OF AMERICA            No. EP-12-CR-1351-FM

 6   v.                                  El Paso, Texas

 7   (1)CHARLES MARQUEZ                  November 2, 2012

 8   (2) MARTHA JIMENEZ SANCHEZ

 9

10                         DOCKET CALL

11         BEFORE THE HONORABLE ROBERT F. CASTANEDA

12                UNITED STATES DISTRICT JUDGE

13

14

15   APPEARANCES:

16   For the Government:   Rifian S. Newaz
                           Assistant United States Attorney
17                         700 East San Antonio, Suite 200
                           El Paso, Texas 79901
18

19   For the Defendant:    Jose Montes, Jr.
                           Jose Montes, Jr., P.C.
20                         1155 Westmoreland, Suite 120
                           El Paso, Texas 79925
21

22

23       Proceedings recorded by stenotype.  Transcript produced by

24   computer-aided transcription.

25
```

09:36  1           THE CLERK:  EP-12-CR-1351, Charles Marquez and Martha
       2   Jimenez Sanchez.
       3           MR. NEWAZ:  Rifian Newaz for the government.
       4           MR. MONTES:  Good morning, Your Honor, Jose Montes
       5   standing in for Mr. Granberg for Martha Jimenez, and I'm
       6   representing Charles Marquez.
       7           Your Honor, we would ask for a trial as soon as
       8   possible on Charles Marquez and a plea in two to three weeks on
       9   Martha Jimenez.
      10           MR. NEWAZ:  And, Your Honor, before we set Mr. Marquez
      11   for trial, can we approach quickly?
      12           THE COURT:  Sure.
      13           (Discussion at the bench on the record)
      14           MR. MONTES:  Good morning, Judge.
      15           MR. NEWAZ:  I have no problem setting it for trial.
      16   The issue with Mr. Marquez, it's kind of a complex case.  It's
      17   a sex trafficking case with a good number of witnesses.  It's
      18   been investigated by HSI and FBI.  My primary FBI agent is also
      19   the lead agent in the case that's set for trial in January in
      20   Judge Montalvo's court on the 424 records case.  The primary
      21   defendant's name is Wiggins.  And so he is going to be out for
      22   at least a week starting next week doing interviews for that
      23   trial.  So I certainly want to set it for trial.  I just am
      24   asking for some time so I can actually have that agent
      25   available.

```
09:37  1              MR. MONTES:  And for my part --
       2              THE COURT:  Motions?
       3              MR. MONTES:  There's some pending, Your Honor.
       4              THE COURT:  On which defendant?
       5              MR. MONTES:  Marquez.
       6              MR. NEWAZ:  On Marquez.
       7              MR. MONTES:  And, Your Honor, my client's pressuring
       8   me for an early trial date.
       9              THE COURT:  Okay, what's the earliest you can be
      10   ready?
      11              MR. NEWAZ:  I would hope February, sometime in
      12   February.
      13              MR. MONTES:  That's fine, Judge.  I mean, I'm not
      14   agreeing.  I would like it sooner, but I'm free February.
      15              THE COURT:  Okay, see if it's available.
      16              MR. MONTES:  Thank you, Judge.
      17              MR. NEWAZ:  Thank you, Judge.
      18              (Open court)
      19              THE COURT:  Adriana, do we have anything in February?
      20              THE CLERK:  Trial for Charles Marquez February 4th.
      21              THE COURT:  And once again on Defendant Jimenez
      22   Sanchez, what was the request?
      23              MR. MONTES:  Pardon, Your Honor?
      24              THE COURT:  On Mr. --
      25              MR. MONTES:  Granberg?
```

4

```
09:38    1                THE COURT:  Yeah.
         2                MR. MONTES:  A plea in two to three weeks.
         3                THE COURT:  A plea in two to three weeks.  Thank you.
         4                MR. MONTES:  Thank you, Your Honor.
         5                             *  *  *  *  *
         6                        C E R T I F I C A T E
         7       I certify that the foregoing is a correct transcript from
         8    the record of proceedings in the above-entitled matter.  I
         9    further certify that the transcript fees and format comply with
        10    those prescribed by the Court and the Judicial Conference of
        11    the United States.
        12
              Signature: /s/Nalene Benavides         Date:  August 20, 2013
        13             Nalene Benavides, RMR, CRR
        14
        15
        16
        17
        18
        19
        20
        21
        22
        23
        24
        25
```